1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB ANDREW BERGERON, | Case No. CV 21-06340 VBF (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DIANNE DAVIS, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  October 8, 2021                    /s/ Valerie Baker Fairbank

                                         VALERIE BAKER FAIRBANK
                                         UNITED STATES DISTRICT JUDGE